O

JS-6

cc:order, docket, remand letter to
Los Angeles Superior Court, South District
Long Beach, No. 11 U 03445

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELON, AS SUCCESSOR TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-3,<br><br>        Plaintiff,<br><br>  v.<br><br>MARIA GALLARDO,<br><br>        Defendant.<br>_____ | Case No. CV 11-09861 DDP (CWx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Dkt. No. 4] |

    Presently before the court is Plaintiff's Motion to Remand. Because Defendant has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on PLaintiff's motion was set for January 9, 2012. Defendant's opposition was therefore due by December 19, 2011. As of the date of this Order, Defendant has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Defendant's failure to oppose as consent to granting the motion to remand, and GRANTS the motion.

IT IS SO ORDERED.

Dated: January 3, 2012

DEAN D. PREGERSON
United States District Judge