O

JS - 6

cc:order, docket, remand letter to
Los Angeles Superior Court, South District
Long Beach, No. 11 U 03445

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELON, AS SUCCESSOR TRUSTEE UNDER NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-3,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIA GALLARDO,<br><br>　　　　Defendant.<br>_____ | Case No. CV 11-09861 DDP (CWx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Dkt. No. 4] |

　　Presently before the court is Plaintiff's Motion to Remand. Because Defendant has not filed an opposition, the court GRANTS the motion.

　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

1       The hearing on PLaintiff's motion was set for January 9, 2012.
2 Defendant's opposition was therefore due by December 19, 2011. As
3 of the date of this Order, Defendant has not filed an opposition,
4 or any other filing that could be construed as a request for a
5 continuance. Accordingly, the court deems Defendant's failure to
6 oppose as consent to granting the motion to remand, and GRANTS the
7 motion.

9 IT IS SO ORDERED.

12 Dated: January 3, 2012

                                      DEAN D. PREGERSON
                                      United States District Judge